# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: James Wyda | *<br>*<br>*<br>* | Misc. No. 26-MC-702 |

## RESOLUTION OF APPRECIATION
## OF SERVICE
## JAMES WYDA

James Wyda will retire on November 2, 2026, after 28 years of dedicated service as the Federal Public Defender in the Office of the Federal Public Defender for the District of Maryland.

WHEREAS, Mr. Wyda's service to the Federal Judiciary and to the citizens of Maryland has been marked by the highest degree of excellence, professionalism, tenacity, and kindness;

NOW, THEREFORE, BE IT RESOLVED, this 23rd day of October 2026, by the United States District Court for the District of Maryland, that this Court hereby expresses its deep appreciation for the dedicated public service performed by James Wyda that has been of great benefit to the United States and to this Court.

The Clerk is directed to prepare this Resolution for presentation to James Wyda and to file a certified copy among the records of this Court.

| | | | |
|---|---|---|---|
| **George L Russell, III**<br>**Chief U.S. District Judge** | **Adam B. Abelson**<br>**U.S. District Judge** | **Richard D. Bennett**<br>**U.S. District Judge** | **Deborah L. Boardman**<br>**U.S. District Judge** |
| **James K. Bredar**<br>**U.S. District Judge** | **Deborah K. Chasanow**<br>**U.S. District Judge** | **Theodore D. Chuang**<br>**U.S. District Judge** | **Stephanie A. Gallagher**<br>**U.S. District Judge** |
| **Lydia K. Griggsby**<br>**U.S. District Judge** | **Ellen L. Hollander**<br>**U.S. District Judge** | **Brendan A. Hurson**<br>**U.S. District Judge** | **Matthew J. Maddox**<br>**U.S. District Judge** |
| **Julie R. Rubin**<br>**U.S. District Judge** | **Paula Xinis**<br>**U.S. District Judge** | **Timothy J. Sullivan**<br>**Chief U.S. Magistrate Judge** | **C. Bruce Anderson**<br>**U.S. Magistrate Judge** |
| **Erin Aslan**<br>**U.S. Magistrate Judge** | **Charles D. Austin**<br>**U.S. Magistrate Judge** | **J. Mark Coulson**<br>**U.S. Magistrate Judge** | **Chelsea J. Crawford**<br>**U.S. Magistrate Judge** |
| **Douglas R. Miller**<br>**U.S. Magistrate Judge** | **Ajmel A. Quereshi**<br>**U.S. Magistrate Judge** | **Gina L. Simms**<br>**U.S. Magistrate Judge** | |